ACCEPTED
03-13-00790-CV
8310659
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 4:18:16 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00790-CV

IN THE COURT OF APPEALS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/18/2015 4:18:16 PM
JEFFREY D. KYLE
Clerk

FOR THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

# T. MARK ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON, AND CHRISTINE ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON

v.

# RICHARD T. ARCHER, DAVID R. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

## OPPOSED MOTION TO ALLOCATE TIME FOR ORAL ARGUMENT

Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com
KIDD LAW FIRM
819 West 11th Street
Austin, TX  78701
512-330-1709 (fax)

# IN THE COURT OF APPEALS

# FOR THE THIRD DISTRICT OF TEXAS

# AUSTIN, TEXAS

## T. MARK ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON, AND CHRISTINE ANDERSON, AS CO-EXECUTOR OF THE ESTATE OF TED M. ANDERSON

v.

## RICHARD T. ARCHER, DAVID R. ARCHER, CAROL ARCHER BUGG, JOHN V. ARCHER, KAREN ARCHER BALL, AND SHERRI ARCHER

## OPPOSED MOTION TO ALLOCATE TIME FOR ORAL ARGUMENT

Come now Appellants/Cross-Appellees T. Mark Anderson and Christine Anderson, as Co-Executors of the Estate of Ted Anderson ("Andersons") and file this motion to allocate the time for oral argument.

1.     On August 4, 2015, this Court notified the parties that this cause was set for oral argument on September 2, 2015.

2. At that time, the Court noted that in past cross-appeals, the standard time allotment had been 10 minutes for appellants' opening, 15 minutes for appellees/cross-appellants' response and issues on cross-appeal, 10 minutes for appellants'/cross-appellees' rebuttal and response to cross-appeal, and 5 minutes for cross-appellants' rebuttal.

3. On August 17, 2015, Appellees/Cross-Appellants ("the Archers") filed a Motion to Allocate Time for Oral Argument. The basis of the motion was that the Andersons had not timely filed a brief to the cross-appeal and therefore were not entitled to oral argument on the cross-appeal under TRAP 39.1.

4. The Andersons did not file a response to the motion to allocate time for argument. On August 26, 2015, the court granted the Archers' motion to allocate time for oral argument and allocated 15 minutes for appellants' opening, 15 minutes for Appellees' response, 5 minutes for Appellants' rebuttal, and 5 minutes for Appellees'/Cross-Appellees' issues on cross-appeal.

5. On August 28, 2015, the Andersons' attorney Gerald McFarlen filed his motion to withdraw on the basis that his physical, mental or psychological condition materially impaired his fitness to represent the Andersons in this appeal. The Court granted that motion on September

2, 2015. McFarlen had previously filed a motion to continue the oral argument from its September 2, 2015 setting, which motion the Court granted on August 31, 2015.

6.     The Andersons' present counsel filed his motion to substitute attorneys on November 6, 2015. Immediately following the granting of the motion to substitute by the Court, the Andersons filed their motion for leave to file Cross-Appellees Brief and tendered that Cross-Appellees' Brief at that time. The Archers opposed the motion for leave to file the Cross-Appellees' Brief. On December 8, 2015, the Court granted the Andersons' motion for leave to file the Andersons' Cross-Appellees' Brief and the brief was filed on that date.

7.     The Court has now set this case for oral argument on January 27, 2016. Since the Andersons' Cross-Appellees' Brief has now been filed by leave of Court, the basis for the present allocation of time for oral argument no longer exists. The Court should allocate time for oral argument according to its customary practice by allocating 10 minutes for appellants' opening, 15 minutes for appellees' response and issues on cross-appeal, 10 minutes for appellants'/cross-appellees' rebuttal and response, and 5 minutes for cross-appellants' rebuttal.

4

8.    The purpose of oral argument is to clarify the written arguments in the briefs and to respond to questions from the Court. This is to assist the Court in reaching a proper resolution of the issues on appeal. Under the current time allocation, the Andersons are allocated no time to address the issues in the cross-appeal. Inasmuch as the Andersons' brief on the cross-appeal has been filed with leave of Court, the reason for the current allocation of argument time no longer exists. Accordingly, the court should allocate the time as is customary in cross-appeals so that the Andersons can clarify arguments made in their brief on the cross-appeal and respond to the Court's questions regarding the cross-appeal.

WHEREFORE, the Andersons pray that the Court grant this motion and allocate the time for oral argument 10 minutes for appellants' opening; 15 minutes for appellees'/cross-appellants' response and issues on cross-appeal; 10 minutes for appellants'/cross-appellees' rebuttal and response; and 5 minutes for cross-appellants' rebuttal.

KIDD LAW FIRM
819 West 11th Street
Austin, TX 78701
512-330-1709 (fax)

Scott R. Kidd
State Bar No. 11385500
512-330-1713
scott@kiddlawaustin.com
Scott V. Kidd
State Bar No. 24065556
512-542-9895
svk@kiddlawaustin.com

## Certificate of Conference

Appellants' counsel has consulted with Appellees' counsel concerning this motion and Appellee is opposed to this motion.

Scott R. Kidd

## Certificate of Service

A copy of this motion was served on Laurie Ratliff by fax this 18th day of December, 2015.

Scott R. Kidd